IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL TODD,

    Plaintiff,

vs.                      No. 05-2632 D/P

CITY OF MEMPHIS, TENNESSEE;
DIVISION OF GENERAL SERVICES
OF THE CITY OF MEMPHIS, TENNESSEE;
DR. WILLIE W. HERENTON, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS MAYOR OF
THE CITY OF MEMPHIS, TENNESSEE;
CYNTHIA BUCHANAN, INDIVIDUALLY
AND IN HER OFFICIAL CAPACITY AS
DIRECTOR OF DIVISION OF GENERAL SERVICES
OF THE CITY OF MEMPHIS, TENNESSEE;
LORENE L. ESSEX, Ed.D., INDIVIDUALLY AND
IN HER OFFICIAL CAPACITY AS DIRECTOR
OF DIVISION OF HUMAN RESOURCES OF
THE CITY OF MEMPHIS, TENNESSEE; AND
TOM SUTHERLEN, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS MANAGER – GROUNDS
MAINTENANCE – DIVISION OF GENERAL
SERVICES OF THE CITY OF MEMPHIS, TENNESSEE,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD

It appears to the Court, for good cause shown, that the Defendants' Motion for an Extension of Time Within Which to Answer or Otherwise Plead is well taken and, therefore, is **GRANTED**, and Defendants shall have until October 27, 2005 to file their answers or otherwise plead.

ent entered on the docket sheet in compliance
and/or 79(a) FRCP on _____

_____
JUDGE

Date: 7/23/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02632 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT