IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 28 PH 5: 14

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

Michael Todd,           )
                        )
        Plaintiff,      )
                        )
vs.                     )   Civ. No. **05-2632 D/P**
                        )
City of Memphis, Tennessee, et al,  )
                        )
        Defendants.     )

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held October 27, 2005. Present were Kyle Cannon of the Glassman, Edwards, Wade & Wyatt, P.C. law firm, counsel for plaintiff, and Robert D. Meyers of the Kiesewetter Wise Kaplan Prather, PLC law firm, counsel for defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**

November 10, 2005

**JOINING PARTIES:**

December 27, 2005

**AMENDING PLEADINGS:**

December 27, 2005

**INITIAL MOTIONS TO DISMISS:**

January 27, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

**COMPLETING ALL DISCOVERY:**

June 27, 2006

    (a)    **DOCUMENT PRODUCTION:**

        June 27, 2006

    (b)    **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:**

        June 27, 2006

    (c)    **EXPERT WITNESS DISCLOSURE (Rule 26):**

        (1)    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:**

            April 27, 2006

        (2)    **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:**

            TMP ~~March 27~~ May 29, 2006

        (3)    **EXPERT WITNESS DEPOSITIONS:**

            June 26, 2006

**FILING DISPOSITIVE MOTIONS:**

July 26, 2006

**OTHER RELEVANT MATTERS:**

       No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

       Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. The parties anticipate that trial will last 5 days.

The parties agree that this case may be appropriate for ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

~~At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.~~ TMP

The parties <u>have not</u> consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

October 27, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02632 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT